RALPH HALL, Appellant, v JACOBY AND MEYERS LAW OFFICES, INC., Respondent.

Submitted March 22, 2010; decided June 3, 2010

Motion for reargument denied [*see* 14 NY3d 757 (2010)].

JERICHO GROUP LTD., Appellant, v MIDTOWN DEVELOPMENT, L.P., et al., Respondents.

Submitted May 3, 2010; decided June 3, 2010

Motion to strike denied.

Chief Judge LIPPMAN taking no part.

ARNOLD JOSEPH MARS, Appellant, v ROBERT Z. DOBRISH et al., Respondents, et al., Defendant.

Submitted April 5, 2010; decided June 3, 2010

Motion for leave to appeal dismissed upon the ground that the orders sought to be appealed from do not finally determine the action within the meaning of the Constitution.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MIGUEL ANDRADE, Appellant.

Submitted May 24, 2010; decided June 3, 2010

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 granted and motion papers treated as a timely CPL 460.20 application.